PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for

Eastern District of Washington

Jan 31, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Delgado, Ramon Alonso | Docket No. | 0980 2:22CR00126-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ramon Alonso Delgado, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 14th day of October 2022 (ECF No. 31), and again on the 23rd day of November 2022 (ECF No. 37),  under the following conditions:

**Additional Condition #1:** Defendant shall reside at Hutton House beginning November 30, 2022 and abide by all rules and regulations of their facility and may not change residences without permission from Pretrial Services.

**Additional Condition #2:** Defendant shall follow all treatment recommendations imposed by his substance abuse treatment program and by Hutton House and/or Pretrial Services.

**Additional Condition #3:** Condition No. 14, ECF No. 31, is modified to allow random urinalysis, Breathalyzer, and/or sweat patch testing for the use of controlled substances and/or alcohol as directed by Pretrial Services and/or Hutton House, up to six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 26, 2022, the undersigned officer reviewed the conditions of pretrial release supervision (ECF No. 31) with Mr. Delgado.  Mr. Delgado acknowledged an understanding of the release conditions at that time.

On December 6, 2022, the undersigned officer reviewed the additional conditions of pretrial release supervision (ECF No. 37) with Mr. Delgado.  Mr. Delgado acknowledged an understanding of the release conditions at that time.

**Violation #1:** Ramon Alonso Delgado is alleged to have violated the conditions of his pretrial supervision by failing to reside at the Hutton House since approximately December 24, 2022.

On January 19, 2023, the undersigned officer attempted to contact Mr. Delgado at the Hutton House for the purpose of a home contact.  There was no answer.  Subsequently, a business card was left in the door frame with a note instructing Mr. Delgado to contact the undersigned.  The undersigned received no response.

On January 30, 2023, the undersigned again attempted to contact Mr. Delgado at the Hutton House.  Another resident of the Hutton House answered the door and advised Mr. Delgado had not resided at the residence for a few weeks.  The resident provided the undersigned officer the contact information for the manager of the Hutton House.

Shortly thereafter, on January 30, 2023, the undersigned was able to speak with the manager of the Hutton House. The manager confirmed Mr. Delgado had been terminated from that housing program on or about December 24, 2022. She further advised Mr. Delgado had not stayed at the Hutton House for a few days prior to his termination from the program.  When Mr. Delgado returned to the Hutton House on or about December 24, 2022, the manager suspected he was under the influence of alcohol. She gave Mr. Delgado another chance to stay at the Hutton House.  However, Mr. Delgado again left the Hutton House and did not return.

**PS-8**

**Re: Delgado, Ramon Alonso**
**January 31, 2023**
**Page 2**

Mr. Delgado has not contacted the undersigned officer to report a new address. Attempts by the undersigned to establish contact with Mr. Delgado by telephone, text message, defense counsel, and at his residence, have all been unsuccessful. His current whereabouts are unknown.

**Violation #2:** Ramon Alonso Delgado is alleged to have violated the conditions of pretrial release supervision by failing to attend recommended intensive outpatient substance abuse treatment at Pioneer Human Services.

On December 6, 2022, the undersigned officer met with Mr. Delgado at his last known residence for an intake after successfully completing inpatient substance abuse treatment at Pioneer Center East (PCE). During that meeting, Mr. Delgado and the undersigned discussed the expectation that he enter aftercare substance abuse treatment at Pioneer Human Services (PHS). Mr. Delgado was reportedly uncertain if an intake appointment for outpatient substance abuse services had been scheduled by the staff at PCE prior to his completion of inpatient substance abuse treatment.

On December 22, 2022, the undersigned officer instructed Mr. Delgado to contact PHS to enroll in outpatient substance abuse treatment services.

On January 31, 2023, the undersigned officer contacted PHS and confirmed Mr. Delgado had an intake scheduled for outpatient substance abuse treatment services on December 8, 2022, but failed to attend that appointment. PHS staff further confirmed Mr. Delgado was scheduled for a mental health assessment (which was arranged by staff prior to his discharge at PCE), but failed to attend that appointment. Mr. Delgado has made no other efforts to enroll in recommended outpatient substance abuse services at PHS.

**Violation #3:** Ramon Alonso Delgado is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on January 12, and 27, 2023.

On December 6, 2022, the undersigned officer referred Mr. Delgado to the phase urinalysis testing program at Pioneer Human Services (PHS). Effective December 7, 2022, Mr. Delgado was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

Mr. Delgado failed to report to PHS for random urinalysis on January 12, and 27, 2023.

Multiple attempts to contact Mr. Delgado via telephone, text message, defense counsel, and at his residence, to address these missed drug tests have been unsuccessful.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:      January 31, 2023 |
| by | s/Erik Carlson |
| | Erik Carlson
U.S. Pretrial Services Officer |

PS-8

**Re: Delgado, Ramon Alonso**
**January 31, 2023**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
  Signature of Judicial Officer

                    1/31/23
_____
  Date